# IN THE SUPREME COURT OF THE STATE OF NEVADA

ORENTHAL JAMES SIMPSON,
                    Appellant,
vs.
FREDRIC GOLDMAN, AN
INDIVIDUAL, AND AS PERSONAL
REPRESENTATIVE OF THE ESTATE
OF RONALD LYLE GOLDMAN,
DECEASED,
                    Respondent.

No. 83899

FILED

MAR 2 5 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Veronica Barisich, District Judge
      Lansford W. Levitt, Settlement Judge
      Malcolm P LaVergne & Associates
      Law Office of Hayes & Welsh
      Eighth District Court Clerk

22-09387